1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERRY CREEK RANCHERIA OF MAIDU INDIANS OF CALIFORNIA**, a federally-recognized Indian tribe,<br><br>Plaintiff,<br><br>vs.<br><br>**STATE OF CALIFORNIA**; **GAVIN NEWSOM**, as Governor of the State of California; and **DOES 1 THROUGH 10**;<br><br>Defendants. | Case No.: 21-CV-02284-JAM-DMC<br><br>**ORDER ON JOINT STIPULATION REGARDING REASSIGNMENT TO SENIOR DISTRICT JUDGE ANTHONY ISHII** |

Case No.: 21-CV-02284-JAM-DMC
ORDER ON JOINT STIPULATION  RE REASSIGNMENT TO SENIOR DISTRICT JUDGE ISHII

On May 27, 2022, Plaintiff Berry Creek Rancheria of Maidu Indians of California and Defendants State of California and Governor Gavin Newsom filed a joint stipulation to reassign this case to the dockets of Senior District Judge Anthony Ishii and Magistrate Judge Sheila K. Oberto for all future proceedings. Pursuant to the parties' stipulation, and for good cause shown, the Court grants the request for reassignment and hereby ORDERS that, pending approval of the transferee district judge, the case be transferred to the dockets of Senior District Judge Anthony Ishii and Magistrate Judge Sheila K. Oberto for all purposes going forward.

**IT IS SO ORDERED.**

DATED: June 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE