IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BERRY CREEK RANCHERIA OF MAIDU INDIANS OF CALIFORNIA**

vs.

**STATE OF CALIFORNIA , ET AL.**

CASE: **2:21−CV−02284−ADA−SKO**

**ORDER OF REASSIGNMENT**

The court, having considered the retirement of **District Judge Anthony W. Ishii** , finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **District Judge Anthony W. Ishii** to **District Judge Ana de Alba** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **2:21−CV−02284−ADA−SKO**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:  April 11, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE