1  CHERYL A. WILLIAMS, State Bar No. 193532
   KEVIN M. COCHRANE, State Bar No. 255266
2  WILLIAMS & COCHRANE, LLP
     836 57th Street, Suite 472
3    Sacramento, CA  95819
     Telephone:  (916) 431-0126
4    Email: caw@williamscochrane.com
     kmc@williamscochrane.com
5  *Attorneys for Plaintiff*

6  ROB BONTA
   Attorney General of California
7  T. MICHELLE LAIRD
   Acting Senior Assistant Attorney General
8  LISA L. FREUND, State Bar No. 249174
   NOEL A. FISCHER, State Bar No. 232553
9  Deputy Attorneys General
     600 W. Broadway, Suite 1800
10   San Diego, CA 92101
     P.O. Box 85266
11   San Diego, CA 92186-5266
     Telephone:  (619) 738-9133
12   Fax:  (619) 645-2581
     E-mail:  Noel.Fischer@doj.ca.gov
13 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERRY CREEK RANCHERIA OF MAIDU INDIANS OF CALIFORNIA**, a federally-recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, as Governor of the State of California; and DOES 1 THROUGH 10,**<br><br>Defendants. | 2:21-cv-02284-KES-SKO<br><br>**JOINT STIPULATION FOR APPOINTMENT OF MEDIATOR RONALD B. LEIGHTON; ORDER**<br><br>(Doc. 45) |

1  Cheryl A. Williams and Kevin M. Cochrane, attorneys of record for plaintiff Berry Creek
2  Rancheria of Maidu Indians of California, a federally recognized Indian Tribe (Plaintiff), on the
3  one hand, and Noel A. Fischer and Lisa L. Freund, Deputy Attorneys General, attorneys for
4  defendants Governor Gavin Newsom, in his official capacity as Governor of California, and the
5  State of California (State) (collectively, State Defendants) on the other hand, stipulate as follows:
6  Whereas, on December 12, 2021, Plaintiff filed its Complaint for Failure to Negotiate in
7  Good Faith (Complaint) against the State Defendants seeking relief under the Indian Gaming
8  Regulatory Act (IGRA), 25 U.S.C. §§ 2710-2721.
9  Whereas, on October 25, 2023, the Court, based upon a stipulation by the Plaintiff and
10 State Defendants (Parties), found that State Defendants failed to negotiate in good faith under 25
11 U.S.C. § 2710(d)(7)(B)(iii) and ordered the Parties to proceed to the remedial process pursuant to
12 25 U.S.C. §§ 2710(d)(7)(B)(iii)-(vii).
13 Whereas, as part of the remedial process set forth in 25 U.S.C. §§ 2710(d)(7)(B)(iii)-(vii),
14 the Parties now jointly request this Court to appoint Ronald B. Leighton, retired United States
15 District Court Judge for the Western District of Washington (Judge Leighton), to serve as the
16 Court-appointed mediator pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  A copy of Judge Leighton's
17 Curriculum Vitae is attached hereto as Exhibit A.
18 Whereas, Judge Leighton's mediation service has advised the Parties that he is available
19 to accept this appointment by the Court.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Whereas, if appointed by this Court, the Parties will jointly advise Judge Leighton of his appointment, prepare and submit to him joint instructions on his duties as a court-appointed mediator under 25 U.S.C. § 2710(d)(7)(B)(iv), and establish with his mediation service a mutually acceptable time schedule for Judge Leighton to complete the performance of his mediator duties.

Dated: April 19, 2024  Respectfully submitted,

ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
LISA L. FREUND
Deputy Attorney General

*/s/ Noel A. Fischer*
NOEL A. FISCHER
Deputy Attorney General
*Attorneys for State Defendants*

Dated: April 19, 2024  WILLIAMS & COCHRANE, LLP

*/s/ Kevin M. Cochrane* (as authorized on April 18, 2024)
CHERYL A. WILLIAMS
KEVIN M. COCHRANE
836 57th Street, Suite 472
Sacramento, CA 95819
*Attorneys for Plaintiff*

**ORDER**

Pursuant to the foregoing joint stipulation by the Parties (Doc. 45), the Court appoints retired United States District Court Judge Ronald B. Leighton (Judge Leighton) of the Western District of Washington to serve as the mediator in this matter pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).

The Parties are ordered to work cooperatively in jointly advising Judge Leighton of his appointment, jointly preparing and submitting to him instructions on his duties as a court appointed mediator under 25 U.S.C. § 2710(d)(7)(B)(iv), and establishing with his mediation service a mutually acceptable time schedule for Judge Leighton to complete the performance of his mediator duties.

Within fourteen (14) days after Judge Leighton has completed the performance of his mediator duties, the parties SHALL file a joint report apprising the Court of the status of the case.

IT IS SO ORDERED.

Dated:  **April 22, 2024**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE